IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN RATHBUN,

    Petitioner,           No. CIV S-01-1721 GEB PAN P

    vs.

ATTORNEY GENERAL OF THE
STATE OF CALIFORNIA,

    Respondent.           <u>ORDER</u>

                                  /

        Petitioner has filed a request to reopen this action, which was dismissed on January 17, 2002. The record in this action reflects that the action was dismissed without prejudice due to petitioner's failure to comply with a court order to file an amended petition. It further appears that petitioner had not exhausted state court remedies at the time he filed the instant action. The record further reflects that in July 2004 petitioner filed a request to reopen this action. At the time, the court directed that petitioner's request be removed from the file in this action and opened as a new action. (Order filed July 15, 2004.) That action, Case No. CIV S-04-1363 GEB PAN P, was subsequently dismissed without prejudice at petitioner's request. (Order filed August 20, 2004.)[1]

/////

---

[1] A court may take judicial notice of court records. See <u>MGIC Indem. Co. v. Weisman</u>, 803 F.2d 500, 505 (9th Cir. 1986); <u>United States v. Wilson</u>, 631 F.2d 118, 119 (9th Cir. 1980).

Good cause appearing, the Clerk of the Court will be directed to remove petitioner's June 2, 2006 request to reopen this action from the record herein and to open with that request a new habeas corpus action assigned to the same district judge and magistrate judge assigned to this action. Petitioner will be given a period of thirty days in which to file a petition for writ of habeas corpus in that action and to either pay the filing fee of $5.00 therefor or to file an application to proceed in forma pauperis.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to remove petitioner's June 2, 2006 request to reopen this action from the record herein, to open a new habeas corpus action assigned to the same district judge and magistrate judge as are assigned to the instant action, and to file petitioner's June 2, 2006 request in said action; and

2. Petitioner is granted thirty days from the date of this order to file in the new action an application for writ of habeas corpus on the form provided with this order and to either pay the filing fee of $5.00 for said action or file an application to proceed in forma pauperis;

3. Any application for writ of habeas corpus and any application to proceed in forma pauperis or filing fee payment must be identified by the case number assigned to the new action; and

4. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus and the court's form Application to Proceed In Forma Pauperis by a Prisoner.

DATED: June 14, 2006.

UNITED STATES MAGISTRATE JUDGE

12;rath1721.o